Ida Deitch, Appellant, v. Philip Deitch, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and question certified. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion for leave to appeal to the Court of Appeals denied. We decided a similar application adversely to the appellant on November 7, 1913.  (See 159 App. Div. 913.)  The appellant, appealing from a final judgment in equity, does not require leave.  He could appeal as a matter of right, if he took his appeal seasonably.  If he did not, we cannot extend his time to appeal indirectly by granting leave.  Present — Jenks, P. J., Burr, Stapleton and Putnam, JJ.; Carr, J., taking no part.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. C. Philip Dittman and Others, Respondents.— Motion granted, without costs.   Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Hyde Park Terrace Company, Respondent, v. Jackson Brothers Realty Company and Others, Appellants.— Counsel will be heard on the settlement of the form of the judgment, before Mr. Justice Putnam, on Wednesday, May 27, 1914, at twelve o'clock.

In the Matter of the Application of Charles Foley, an Attorney and Counselor at Law, for an Order Fixing Compensation in Matter of Estate of Margaret Kane, Deceased.— Motion granted, on condition that on or before May 29, 1914, appellant perfect her appeal by serving a copy of the notice of appeal upon respondent personally, and executing and delivering a bond as provided in section 2577 of the Code of Civil Procedure, and serve the printed papers on such appeal, place the case on the calendar for the third Monday in June, 1914, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Joseph Soriano.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the calendar for the third Monday in June, 1914, and be ready for argument when reached; otherwise, motion granted.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of William W. Farley, as State Commissioner of Excise, etc., for an Order Revoking and Canceling Liquor Tax Certificate No. 20,973, Issued to Joseph H. Miller.— Motion for stay granted, without costs.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Lena Kaufman, as Administratrix, etc., Appellant, v. Abraham C. Hopper, Respondent.— Motions denied, without costs.  Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

John F. McKean, Appellant, v. William Hill and Others, Respondents. — Motion to dismiss appeal denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.